1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey D. Winchester (Nevada Bar No. 10279)
2  jeffrey.winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
3  Las Vegas, Nevada 89118
Telephone: 702.893.3383
4  Facsimile: 702.893.3789

5  *Attorney for Defendant*

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8                                    ***

9  WILLIAM EDDINS                           CASE NO.:  2:23-cv-1618-JCM-DJA

10              Plaintiffs,                 **STIPULATION AND ORDER TO**
                                            **EXTEND TIME TO RESPOND TO**
11         vs.                              **PLAINTIFF'S COMPLAINT**
                                            **(First Request)**
12  SARAH MARIE PLANT, JOHN
CARLOS MARQUEZ, AMELIA
13  HANNAH KATHERINE MARQUEZ as
TRUSTEES OF GARNER LEGACY
14  TRUST

15              Defendants.

16

17         IT IS HEREBY STIPULATED AND AGREED by the Parties' respective counsel of record

18  that Defendants SARAH MARIE PLANT, JOHN CARLOS MARQUEZ, and AMELIA HANNAH

19  KATHERINE MARQUEZ (collectively, "TRUSTEES OF THE GARNER LEGACY TRUST" or

20  "Defendants") will have up to and including February 15, 2024, to answer or otherwise respond to

21  Plaintiff's Complaint. Defendants were served with a copy of the Complaint on January 3, 2024.

22  Counsel for Defendant was engaged on January 19, 2024. In support of this request, Defendant

23  states that good cause exists for this extension because Counsel needs time to investigate allegations

24  and draft responsive pleadings.

25  ///

26

27  ///

28

95548606.1

1    This is the first request to extend the time to respond to Plaintiff's Complaint and this request

2  is not made for the purpose of undue delay.

3  DATED this 24th day of January 2024.          DATED this 24th day of January 2024.

4  LEWIS BRISBOIS BISGAARD & SMITH LLP    DAVID SALMON & ASSOCIATES, INC.

5

6  /s/ Jeffrey D. Winchester                    /s/ David N. Salmon
   JEFFREY D. WINCHESTER                       David N. Salmon, Esq.
7  Nevada Bar No. 10279                        Nevada Bar No. 7168
   6385 S. Rainbow Boulevard, Suite 600        7495 W. Azure Drive, Ste. 102
8  Las Vegas, Nevada 89118                     Las Vegas, NV 89130
   Tel. 702.893.3383                           Tel: 702-382-9696
9  ATTORNEYS FOR DEFENDANT                     ATTORNEYS FOR PLAINTIFF

10

11

12

13                          **ORDER**

14              IT IS SO ORDERED.

15

16              _____

17              DANIEL J. ALBREGTS
                UNITED STATES MAGISTRATE JUDGE

18

19              DATED: 1/26/2024

20

21

22

23

24

25

26

27

28

95548606.1                              2