1   **David N. Salmon, Esq.**
    Nevada Bar No. 7168
2   **DAVID SALMON & ASSOCIATES, Inc.**
    7495 W. Azure Dr., Suite 102
3   Las Vegas, Nevada 89130
    Phone (702) 382-9696
4   *Counsel for Plaintiff*

5               **UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT COURT OF NEVADA**
6

7   WILLIAM EDDINS, an individual,          )   CASE No.: 2:23-CV-01618-JCM-DJA
                                            )
8                   Plaintiffs,             )
    vs.                                     )
9                                           )
    SARAH MARIE PLANT, JOHN CAWRLOS )           **STIPULATION AND ORDER TO**
10  MARQUEZ, AMELIA HANNAH          )           **DISMISS WITH PREJUDICE**
    KATHERINE MARQUEZ AS TRUSTEES )
11  OF GARNER LEGACY TRUST,         )
                                            )
12                  Defendants              )
                                            )

13          IT IS HERBY STIPULATED AND AGREED between Plaintiff, WILLIAM EDDINS,
14
    and Defendant SARAH MARIE PLANT, by and through their respective counsel, if applicable,
15
    that all potential claims and claims presently pending in this matter be dismissed, with prejudice,
16
    each party to bear its own legal fees and expenses.
17
            Currently, there is no scheduling order.
18
            The parties stipulate and agree that the above-referenced dates, as well as any remaining
19
    dates, be vacated and that the case be closed.
20

21
    //
22

23
    //
24

                                            -1-

1

IT IS SO STIPULATED AND AGREED.

2    Date: 7-25-25                          Date 7/25/25

3    DAVID SALMON & ASSOCIATES, INC.

4
     David N. Salmon                        Jeffrey D. Winchester, Esq.
5    Nevada Bar No.: 7168                   Nevada Bar No.: 10279
     7495 W. Azure Dr., Suite 102           300 S. 4th St. Suite 1200
6    Las Vegas, Nevada 89130                Las Vegas, Nevada 89101
     Telephone: (702) 382-9696              Telephone: (725) 286-2812
7    *Attorneys for Plaintiffs*             *Attorney for Defendant*

8

9
         IT IS SO ORDERED.
10
         DATED July 29, 2025.
11

12                                          _____
                                            UNITED STATES DISTRICT JUDGE
13

14   Submitted by:
     DAVID SALMON & ASSOCIATES, INC.
15

16
     David N. Salmon
17   Nevada Bar No.: 7168
     7495 W. Azure Dr., Suite 102
18   Las Vegas, Nevada 89130
     Telephone: (702) 382-9696
19   *Attorneys for Plaintiff*

20

21

22

23

24

-2-